425 A.2d 845

Commonwealth v. McMillan, Appellant.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

Argued November 15, 1979.

Ross E. Cardas, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.